UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60484-CIV-DIMITROULEAS/SNOW

LIONAL DALTON,

    Plaintiff,

vs.

601 STORAGE LLC d/b/a BROWARD
COUNTY SELF STORAGE,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 11], filed herein on May 3, 2016.   The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties;

2. All pending motions are denied as moot.

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of May, 2016.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record